**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JUSTIN CHILDRESS,**

        **Plaintiff,**

**-vs-**                                   **Case No. 6:09-cv-1955-Orl-28GJK**

**BUBBA'S WORLD, LLC, GHOLAMREZA BABAZADEH,**

        **Defendants.**

_____

# ORDER

This case is before the Court on Plaintiff's Amended Motion to Enforce Settlement, or in the Alternative, Second Amended Motion for Default Judgment (Doc. No. 22) filed August 11, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed November 4, 2011 (Doc. No. 23) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Amended Motion to Enforce Settlement, or in the Alternative, Second Amended Motion for Default Judgment (Doc. No. 22) is **GRANTED** to the extent it requests a default judgment in the total amount of $3,998.78. The Motion is otherwise **DENIED**.

3. The Clerk is directed to enter default judgment as set forth above and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___29th___ day of November, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge